GOLDSMITH & HULL. A P.C./85632
William I. Goldsmith SBN 82183
Michael L. Goldsmith SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
(818) 990-6600 FAX (818) 990-6140
Govdept1@goldsmithcalaw.com

FILED
CLERK, U.S. DISTRICT COURT
OCT 5, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RENE A. SIFONTES AKA RENE SIFONTES<br><br>　　　　　Defendant(s) | No.  CV99-02460 VAP<br><br>**ORDER DIRECTING ISSUANCE OF WRIT OF CONTINUING GARNISHMENT**<br><br>**[RIVERSIDE COUNTY ]** |

　　　The Court, having considered the Application of the United States of America for an issuance of a Writ of Continuing Garnishment as to RIVERSIDE COUNTY, with regard to defendant judgment-debtor RENE A. SIFONTES AKA RENE SIFONTES, finds that the issuance of the Writ is proper under the circumstances of this case,

　　　//

1  HEREBY ORDERS that the clerk of the Court shall issue a Writ of Continuing
2  Garnishment with respect to RIVERSIDE COUNTY in the form submitted by the
3  Plaintiff United States of America.

5  DATED: October 5, 2018           _____
6                                    UNITED STATES DISTRICT JUDGE