UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | LACV 99-02460-VAP | Date | January 29, 2019 |
|---|---|---|---|
| Title | United States of America v. Rene A. Sifontes, also known as Rene Sifontes | | |

| Present: The Honorable | VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|

| BEATRICE HERRERA | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** MINUTE ORDER RE APPLICATION FOR WRIT OF CONTINUING GARNISHMENT TO GARNISHEE RIVERSIDE COUNTY

The Court has received and considered Plaintiff United States of America's ("Plaintiff") "Application for Writ of Continuing Garnishment to Garnishee Riverside County and Clerk's Notice of Enforcement" ("Application"), filed on January 22, 2019.

The Court granted an identical application on October 5, 2018 with respect to garnishee Riverside County and the Clerk of Court issued the writ of continuing garnishment on October 9, 2018. Plaintiff fails to explain why it seeks an identical order now, given the one entered nearly four months ago, which was directed to the same garnishee for the same debt obligation owed by Debtor and Defendant Rene A. Sifontes, also known as Rene Sifones. Accordingly, the Court concludes Plaintiff has failed to show good cause for this request and the Application is **DENIED**.

**IT IS SO ORDERED.**